Form Number LR 3015-1 A (12/15)

# AMENDED CHAPTER 13 PLAN

Case No.: 16-82931

Debtor(s): **Phillip Lee Kramer**  SS#: xxx-xx-2404  Net Monthly Earnings: **618.00**

**Cindy Graves Kramer**  SS#: xxx-xx-0913  Number of Dependents: **3**

I. Plan Payments:

( **X** ) Debtor(s) propose to pay direct a total of: $**618.00** ☑ monthly into the plan for 2 months ; $**640.00** ☑ monthly into the plan for 45 months; and then $ **808.00** ☑ monthly into the plan for 13 months

( ____ ) Payroll deduction Order: To _____ for $ _____ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly.

Length of plan is **60** months, and the total debt to be paid through the plan is $ **40,540.00** .

☐ Chapter 13 filing fees will be paid through the chapter 13 trustee assigned to the case.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| -NONE- | | | |

B. Total Attorney Fee: $ **3,250.00** : **$1,500.00** paid pre-petition;

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular Payment to be Paid (check box) | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|
| Seterus, Inc. | $191,542.46 | ☐ by Trustee ☑ by Debtor $1,473.00 | January, 2017 | $6,351.70 | 4.875% | $163.00 |

2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments |
|---|---|---|---|---|---|---|---|
| Ally Financial | $186.10 | $18,610.00 | $17,625.00 | $0.00 | 2014 Ford Explorer 50,000.00 miles (910 Vehicle) | 3.99% | $410.00 |

III. Other debts (**not shown in 1 or 2 above**) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| -NONE- | | | | |

IV. Special Provisions (check all applicable boxes):

☐ This is an original plan.

☑ This is an amended plan replacing plan dated **10/13/2016** .

☑ This plan proposes to pay unsecured creditors **pro rata** %.

☐ Other Provisions:

Name/Address/Telephone/Attorney for Debtor (s)  Dated: December 14, 2016  /s/ Phillip Lee Kramer

/s/ Thomas J. Jarvinen

**201 Eastside Square, Suite 5**
**Huntsville, AL 35801**
Telephone # **(256) 970-7195**

**Phillip Lee Kramer**
Signature of Debtor
/s/ Cindy Graves Kramer
**Cindy Graves Kramer**
Signature of Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| In Re: Phillip Lee Kramer<br>SSN: xxx-xx-2404<br>Debtor | ) ) ) ) ) | Case No.: 16-82931-CRJ13 |
| Cindy Graves Kramer<br>SSN: xxx-xx-0913 | ) ) ) | Chapter 13 |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Debtors' Amended Chapter 13 Plan has been served upon the Debtor, the Trustee and the parties listed in the attached creditor matrix by first class mail properly addressed and postage prepaid. Done on the 14th day of December, 2016.

/s/ Thomas J. Jarvinen
**THOMAS J. JARVINEN**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1126-8<br>Case 16-82931-CRJ13<br>NORTHERN DISTRICT OF ALABAMA<br>Decatur<br>Wed Dec 14 10:24:18 CST 2016 | U. S. Bankruptcy Court<br>400 Well Street<br>P. O. Box 2775<br>Decatur, AL 35602-2775 | ARS National Services, Inc.<br>P.O. Box 469100<br>Escondido, CA 92046-9100 |
| AllianceOne Receivables Management, Inc.<br>P.O. Box 3111<br>Southeastern, PA 19398-3111 | Allied Interstate<br>P.O. Box 15548<br>Wilmington, DE 19886-5548 | Allied Interstate<br>P.O. Box 361445<br>Columbus, OH 43236-1445 |
| Ally Financial<br>PO Box 130424<br>Roseville MN 55113-0004 | Ally Financial<br>PO Box 380901<br>Bloomington, MN 55438-0901 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Bank of America<br>P.O. Box 851001<br>Dallas, TX 75285-1001 | Bankruptcy Processing<br>P.O. Box 8053<br>Mason, OH 45040-8053 | Capital Management Services, LP<br>P.O. Box 120<br>Buffalo, NY 14220-0120 |
| Capital One<br>PO Box 30253<br>Salt Lake City, UT 84130-0253 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One Bank USA, NA<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 |
| Chase<br>P.O. Box 15123<br>Wilmington, DE 19850-5123 | Chase<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | Citi<br>P.O. Box 790040<br>Saint Louis, MO 63179-0040 |
| Client Services, Inc.<br>P.O. Box 1503<br>Saint Peters, MO 63376-0027 | Credit Capital Management Services, LP<br>P.O. Box 120<br>Buffalo, NY 14220-0120 | Credit Control, LLC<br>P.O. Box 31179<br>Tampa, FL 33631-3179 |
| Credit Corp Solutions, Inc.<br>D/B/A Tasman Credit Corp<br>P.O. Box 1911<br>Southgate, MI 48195-0911 | Credit Corp Solutions, Inc.<br>D/B/A Tasman Credit Corp.<br>63 East 11400 South 408<br>Sandy, UT 84070-6705 | FMA Alliance, Ltd.<br>P.O. Box 65<br>Houston, TX 77001-0065 |
| FirstPoint Collection Resources, Inc.<br>P.O. Box 26140<br>Greensboro, NC 27402-6140 | Firstsource Advantage, LLC<br>P.O. Box 628<br>Buffalo, NY 14240-0628 | GE Capital Retail Bank<br>PO Box 5868<br>Hicksville, NY 11802-5868 |
| (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Goodyear Credit/CBNA<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | Kohl's<br>P.O. Box 3043<br>Milwaukee, WI 53201-3043 |

| | | |
|---|---|---|
| Kohl's<br>PO Box 3115<br>Milwaukee, WI 53201-3115 | Macy's Department Stores/DSNB<br>PO Box 17759<br>Clearwater, FL 33762-0759 | Monarch Recovery Managment, Inc.<br>P.O. Box 16119<br>Philadelphia, PA 19114-0119 |
| National General Insurance<br>P.O. Box 89431<br>Cleveland, OH 44101-6431 | Northland Group, Inc.<br>P.O. Box 390846<br>Minneapolis, MN 55439-0846 | Northland Group, Inc.<br>P.O. Box 390905<br>Minneapolis, MN 55439-0905 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Credit Corp Solutions Inc<br>PO Box 788<br>Kirkland, WA 98083-0788 | Region's Consumer Bank Card<br>P.O. Box 216<br>Birmingham, AL 35201-0216 |
| Regions Bank<br>PO Box 11007<br>Birmingham, AL 35288-0001 | Sears Credit Cards<br>P.O. Box 688957<br>Des Moines, IA 50368-8957 | Sears/Citibank NA<br>PO Box 6282<br>Sioux Falls, SD 57117-6282 |
| Seterus, Inc.<br>P.O. Box 1077<br>Hartford, CT 06143-1077 | Seterus, Inc.<br>P.O. Box 2008<br>Grand Rapids, MI 49501-2008 | Synchrony Bank/Care Credit<br>P.O. Box 965036<br>Orlando, FL 32896-5036 |
| Synchrony Bank/Care Credit<br>P.O. Box 965064<br>Orlando, FL 32896-5064 | TD Bank USA/Target Credit Services<br>PO Box 673<br>Minneapolis, MN 55440-0673 | Target Card Services<br>P.O. Box 660170<br>Dallas, TX 75266-0170 |
| Target Card Services<br>P.O. Box 9500<br>Minneapolis, MN 55440-9500 | The Law Offices of<br>Nathan & Nathan, P.C.<br>P.O. Box 1715<br>Birmingham, AL 35201-1715 | United Recovery Systems, LP<br>P.O. Box 722929<br>Houston, TX 77272-2929 |
| Cindy Graves Kramer<br>102 Cutter Lane<br>Meridianville, AL 35759-1659 | Michael Ford<br>Chapter 13 Standing Trustee<br>P.O. Box 2388<br>Decatur, AL 35602-2388 | Phillip Lee Kramer<br>102 Cutter Lane<br>Meridianville, AL 35759-1659 |
| Thomas J. Jarvinen<br>201 Eastside Square<br>Suite 5<br>Huntsville, AL 35801-8824 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank Of America
PO Box 982235
El Paso, TX 79998-2235

(d)Bank of America
P.O. Box 982236
El Paso, TX 79998

(d)Bank of America
P.O. Box 982238
El Paso, TX 79998

GoodYear Credit Plan
P.O. Box 183015
Columbus, OH 43215

Portfolio Recovery Associates, LLC
P.O. Box 12914
Norfolk, VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Federal National Mortgage Association (Fan

End of Label Matrix
Mailable recipients    54
Bypassed recipients     1
Total                  55