UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| In Re:  Phillip Lee Kramer | ) | Case No.: 16-82931-CRJ13 |
| SSN: xxx-xx-2404 | ) | |
| Debtor | ) | |
| | ) | |
| Cindy Graves Kramer | ) | Chapter 13 |
| SSN: xxx-xx-0913 | ) | |

OBJECTION TO PROOF OF CLAIM 6
FILED BY SETERUS, INC. (102 CUTTER LANE)

**COMES NOW** the Debtor, **Phillip Lee Kramer** and the Joint Debtor**, Cindy Graves Kramer**, and hereby objects to Claim Number 6 filed by Seterus Inc. as servicer for Federal National Mortgage Association (hereinafter "Seterus"). The grounds for this objection are as follows:

1. Seterus, Inc. is a secured creditor holding a lien on the Debtors' home located at 102 Cutter Lane, Meridianville, AL 35759.

2. The Debtors now wish to surrender this real property.

**WHEREFORE, PREMISES CONSIDERED**, the Debtor hereby objects to Claim 6, as amended, based on the foregoing.

Done on this the 23rd day of January, 2017.

/s/ Thomas J. Jarvinen
**THOMAS J. JARVINEN (JAR006)**
Attorney for Debtor
201 Eastside Square, Suite 5
Huntsville, Alabama 35801
Telephone:  (256) 970-7195
Facsimile: (256) 270-4435

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Proof of Claim has been served by first class mail properly addressed and postage prepaid upon the following:

Diane Murray
Attorney for Seterus Inc., as servicer for Fannie Mae
Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, AL 35205

S. Keith Eady
Attorney for Seterus, Inc., as servicer for Fannie Mae
RCO Legal, P.S
2970 Clairmont Road, NE, Suite 780
Atlanta, GA 30329

Michele Hatcher
Chapter 13 Trustee
PO Box 2388
Decatur, AL 35602

Federal National Mortgage Association (Fannie Mae)
C/O Seterus, Inc. as servicer for Fannie Mae
PO Box 1047
Hartford, CT 06143

Phillip & Cindy Kramer
102 Cutter Lane
Meridianville, AL 35759

Done on this the 23rd day of January, 2018.

/s/ Thomas J. Jarvinen
**THOMAS J. JARVINEN**